## VERDICT FORM

We, the jury, find for Jim Foster and against Dalbag Singh and Jagir Kaur. We assess the damages in the sum of $ 1,100,000 itemized as follows:

| | |
|---|---|
| The reasonable expense of necessary medical care, treatment, and services received. | $ 248,900.00 |
| The present cash value of the reasonable expenses of medical care, treatment and services reasonably certain to be received in the future. | $ ~~81,000~~ $81,100 (amt) |
| The value of salaries lost and the present cash value of the salaries reasonably certain to be lost in the future. | $ 110,000 |
| Loss of a normal life experienced and reasonably certain to be experienced in the future. | $ 220,000 |
| The pain and suffering experienced and reasonably certain to be experienced in the future as a result of the injuries. | $ 440,000 |

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror