UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| JIM L. FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:17-CV-04020 |
| vs. | ) | |
| | ) | JURY TRIAL DEMAND |
| DALBAG SINGH and JAGIR KAUR, | ) | |
| d/b/a ROYAL S EXPRESS, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL

NOW COME Plaintiff, JIM L. FOSTER, by and through his attorney, PATRICK O'SHAUGHNESSY of THE JANSSEN LAW CENTER, and Defendants, DALBAG SINGH and JAGIR KAUR, d/b/a ROYAL S EXPRESS, by and through their attorney, PHILIP M. O'DONNELL of KINGERY DURREE WAKEMAN & O'DONNELL, and hereby stipulate to the dismissal, with prejudice, of Plaintiff's Complaint, in the above-captioned cause, said cause of action is hereby settled between said parties.

Stipulated and agreed this 29th day of January, 2019.

JIM L. FOSTER, Plaintiff,

By: _____ /s/Patrick O'Shaughnessy _____
        Patrick O'Shaughnessy

DALBAG SINGH and JAGIR KAUR, d/b/a
ROYAL S EXPRESS, Defendants,

By: _____ /s/Philip M. O'Donnell _____
          Philip M. O'Donnell

1

## CERTIFICATE OF SERVICE

The hereby certify that on January 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**janssenj@jjlaw.com**
Jay H. Janssen
Patrick S. O'Shaughnessy
Janssen Law Center
333 Main Street
Peoria, IL  61602

_____/s/Philip M. O'Donnell_____
Philip M. O'Donnell
Philip M. O'Donnell (ARDC #6225759)
KINGERY DURREE WAKEMAN
 & O'DONNELL, ASSOC.
416 Main Street, Suite 1600
Peoria, IL   61602-1166
Phone: (309) 676-3612
Fax: (309) 676-1329
ECF Email:  philodonnell@sbcglobal.net
Email (Non-ECF):  hemeldrum@kdwolaw.com