UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JIM L. FOSTER,<br><br>        Plaintiff,<br><br>vs.<br><br>DALBAG SINGH and JAGIR KAUR,<br>d/b/a ROYAL S EXPRESS,<br><br>        Defendants. | Case No. 4:17-CV-04020<br><br>JURY TRIAL DEMAND |

### STIPULATION FOR DISMISSAL – Fed.R.Civ.Proc. 41(a)(1)(A)(ii)

NOW COME Plaintiff, JIM L. FOSTER, by and through his attorney, PATRICK O'SHAUGHNESSY of the JANSSEN LAW CENTER, and Defendants, DALBAG SINGH and JAGIR KAUR, d/b/a ROYAL S EXPRESS, by and through their attorney, PHILIP M. O'DONNELL of KINGERY DURREE WAKEMAN & O'DONNELL, and hereby stipulate to the dismissal, with prejudice, of the above-captioned case, said cause of action is hereby settled between said parties, with each to bear their own costs.

Stipulated and agreed this 31st day of January, 2019.

                              JIM L. FOSTER, Plaintiff,

                              By:     /s/Patrick O'Shaughnessy
                                         Patrick O'Shaughnessy

                              DALBAG SINGH and JAGIR KAUR, d/b/a
                              ROYAL S EXPRESS, Defendants,

                              By:     /s/Philip M. O'Donnell
                                         Philip M. O'Donnell

## CERTIFICATE OF SERVICE

The hereby certify that on January 31, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**janssenj@jjlaw.com**
**oshaughnp@jjlaw.com**
Jay H. Janssen
Patrick S. O'Shaughnessy
Janssen Law Center
333 Main Street
Peoria, IL  61602


       /s/Philip M. O'Donnell
Philip M. O'Donnell
Philip M. O'Donnell (ARDC #6225759)
KINGERY DURREE WAKEMAN
 & O'DONNELL, ASSOC.
416 Main Street, Suite 1600
Peoria, IL  61602-1166
Phone: (309) 676-3612
Fax: (309) 676-1329
ECF Email: philodonnell@sbcglobal.net
Email (Non-ECF): hemeldrum@kdwolaw.com